IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | No. 1:05M157A |
| LAWRENCE LABBADIA | ) | |

GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U.S. Attorney, and respectfully moves this Honorable Court to seal this Motion and accompanying documents (Criminal Complaint, Criminal Cover Sheet and Warrant for Arrest) until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
United States Magistrate Judge

DATE: 12/14/05