RECEIVED
DEC 1 4 2005
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

LAWRENCE LABBADIA

## WARRANT FOR ARREST

CASE NUMBER: 1:05M157A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LAWRENCE LABBADIA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing and intentional distribution of in excess of 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of

Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

LINCOLN D. ALMOND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

12/14/05 Providence, Rhode Island
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at North Providence, RI by FBI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/14/2005 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 01/05/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.