AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

LAWRENCE LABBADIA

## WARRANT FOR ARREST

CASE NUMBER: 1:05M157A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LAWRENCE LABBADIA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing and intentional distribution of in excess of 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of

Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

LINCOLN D. ALMOND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

12/14/05 Providence, Rhode Island
Date and Location

Attest: a True Copy
DAVID A. DIMARZIO
By Deputy Clerk

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at North Providence, RI | | |
| DATE RECEIVED 12/14/05 | NAME AND TITLE OF ARRESTING OFFICER Brian S. Womble Special Agent FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1/5/06 | | |

This form was electronically produced by Elite Federal Forms, Inc.