IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. CR 06 08 T |
| | ) |
| vs. | ) In violation of 21 U.S.C. §§ |
| | ) 841(a)(1) and (b)(1)(B) |
| LAWRENCE LABBADIA | ) |

INDICTMENT

The Grand Jury charges:

COUNT I

That on or about October 18, 2004, in the District of Rhode Island, the defendant, LAWRENCE LABBADIA, did knowingly and intentionally distribute in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

A TRUE BILL:

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

Gerard B. Sullivan
Criminal Chief
Assistant U.S. Attorney

Dated: January 18th, 2006