IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR 06-08 T
vs. ) Case No. 1:05-M-157A
)
LAWRENCE LABBADIA )

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION TO EXTEND TIME TO POST BAIL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U.S. Attorney, and objects to the defendant's motion to extend by two weeks the time required to post surety bail for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 19th day of January, 2006, I mailed and sent by facsimile a true copy of the Within Government's Objection, ordinary mail and postage prepaid, to:

Kevin Fitzgerald, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

Joan G. Mauf

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR06-18T |
| | ) | |
| vs. | ) Case No. 1:05-M-157A | |
| | ) | |
| LAWRENCE LABBADIA | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS
OBJECTION TO DEFENDANT'S MOTION TO EXTEND TIME TO POST BAIL

On January 5, 2006, Defendant Lawrence Labbadia (Defendant) made an initial appearance before this Court. One of the bail conditions set by the Court was that Defendant post $25,000 secured by surety. The Court allowed Defendant two weeks to post the required surety.

Defendant now requests an additional two weeks stating that he was hospitalized for two days and that additional time is needed to secure the required documents. He does not specify the nature of his hospitalization. He does not specify the nature of the surety he proposes to post. He neither identifies the documents he needs to secure, nor explains why these documents could not be secured during the non-hospitalization period, nor explains why these documents could only be obtained by him and by no one else. In short, Defendant's reasons fail to supply good reason to this Court for granting the requested relief.

For these reasons, the motion should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 19th day of January, 2006, I mailed and sent by facsimile a true copy of the Within Government's Memorandum In Support Of Its Objection, ordinary mail and postage prepaid, to:

Kevin Fitzgerald, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

[signature]