AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Lawrence Labbadia

## APPEARANCE

Case Number: CR 06-08T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Labbadia

I certify that I am admitted to practice in this court.

1-19-06
Date

[signature]
Signature

K Fitzgerald 5775
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

| City | State | Zip Code |
|---|---|---|
| Providence | RI | 02903 |

| Phone Number | Fax Number |
|---|---|
| (401) 528-4281 | (401) 528-4285 |