DOC NO: 00000633
BOOK 2221 PAGE 67

# NOTICE OF LIEN

OWNER OF RECORD Carmine Labbadia and Lauren Labbadia, as joint tenants and not tenants in common

UNITED STATES OF AMERICA

vs. 1:06CR00008-T

LAWRENCE A. LABBADIA

TO: TOWN CLERK
TOWN HALL
2000 SMITH STREET
NORTH PROVIDENCE, RI 02911

RE: PLAT NO. 22C LOT NO. 1214
ADDRESS OF PROPERTY:
16 Conifer Drive
North Providence, RI 02904

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBE PROPERTY: VALUED IN THE AMOUNT OF $145,000.00
AMOUNT OF LIEN: $25,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. 22C LOT NO. 1214. NOTICE OF LIEN IS HEREBY GIVEN.

[signature]
UNITED STATES CLERK OF COURT

TOWN CLERK'S OFFICE

ASSENT:

Kenneth P. Madden
FIRST ASSISTANT U.S. ATTORNEY
1-25-2006

RECEIVED FOR RECORD
NORTH PROVIDENCE, RI

Jan 25,2006 03:50:43P

MaryAnn DeAngelus
Town Clerk