**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR06-008T** |
| | ) | |
| **LAWRENCE LABBADIA** | ) | |

**MOTION FOR PERMISSION TO TRAVEL**

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court for permission to leave his home and accompany his wife while looking for a new residence. Mr. Labbadia currently resides at 16 Conifer Street, North Providence, RI, and is on bailed with the condition of home detention pending trial. Mr. Labbadia indicates that he and his wife cannot continue to afford their current residence and he desires to visit the prospective homes to ensure they are suitable for him with his myriad health problems. Mr. Labbadia is willing to follow any schedule for these visits deemed appropriate by the Court and the Probation Department. USPO Brian Pletcher currently supervises Mr. Labbadia and has no objection to the visits.

2/16/06: DENIED. USMJ

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Referred to U.S.M.J. Almond
☐ for findings & recommendations
✗ for determination

Ernest C. Torres, Chief Judge

Date: 2/14/06