**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR06-008T** |
| | ) | |
| **LAWRENCE LABBADIA** | ) | |

---

**MOTION TO CONTINUE**

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment and other proceedings in this matter for sixty (60) days. Currently Mr. Labbadia is released on bail with the condition of home confinement and has been fully compliant. While the parties have been diligent with discovery and plea negotiations, the defense asks for this continuance to fully investigate Mr. Labbadia's medical situation. Mr. Labbadia suffers primarily from significant digestive and pulmonary disorders and has seven physicians regularly monitoring him. His illnesses require him to take in excess of 50 prescribed pills a day and also continuously consume oxygen. The defense believes that this extension will amply cover the time to receive and analyze this information and complete plea negotiations. Mr. Labbadia understands that the time requested would be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). First Assistant United States Attorney, Kenneth Madden has no objection to this continuance.

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Kenneth Madden, 50 Kennedy Plaza, 8th Floor, Providence 02903, and USPO Brian Pletcher, 36 Exchange Terrace, Providence 02903, on this the 21st day of February, 2006.