IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

GOVERNMENT'S ANSWER TO DEFENDANT'S MOTION TO CONTINUE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U.S. Attorney, and states that it does not object to a continuance for those reasons given in the defendant's motion to continue.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 19th day of May, 2006, I mailed a true copy of the Within Government's Answer, ordinary mail and postage prepaid, to:

Kevin J. Fitzgerald
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

________________________________