UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                CR No.  06-08T

LAWRENCE LABBADIA

### **ORDER**

Upon motion of the defendants to continue the trial presently scheduled for June 13th, 2006, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Lawrence Labbadia</u> CR No. 06-08T, is vacated, the case will be scheduled for impanelment on August 15th, 2006 and the time from the date of this order through August 15th, 2006, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

                                  By Order

                                  /s/ _____
                                  Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: May 25, 2006