UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR06-008T
)
LAWRENCE LABBADIA )

---

MOTION TO CONTINUE EMPANELMENT

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment, and other proceedings, in this matter for thirty (30) days. As of this writing, July 28, Mr. Labbadia is on a respirator in intensive care at Rhode Island Hospital. He was admitted to the hospital on July 24 after his wife found him at home incoherent. No diagnosis has yet been determined.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Kenneth Madden, 50 Kennedy Plaza, 8th Floor, Providence 02903, and USPO Brian Pletcher, 36 Exchange Terrace, Providence 02903, on this the 28th day of July, 2006.