IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

GOVERNMENT'S ANSWER TO DEFENDANT'S MOTION TO CONTINUE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U.S. Attorney, and states that it does not object to a continuance for those reasons given in the defendant's motion to continue empanelment. The Probation Office advises the government that the defendant has been at Rhode Island Hospital for over one week, heavily medicated and on a respirator.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
First Assistant U.S. Attorney
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on this 1st day of August, 2006, I filed and served by electronic notification, the within Government's Answer to Defendant's Motion to Continue, to the following:

Kevin J. Fitzgerald
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ JOAN MAUL