UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                           Cr. No. 06-08T

LAWRENCE LABBADIA

ORDER

Upon motion of the Defendant to continue the trial presently scheduled for August 15, 2006, and with no objection by the Government, and my having found that the Defendant is currently unfit to stand trial due to a serious health condition and that the interests of justice are better served by granting of such continuance and that they outweigh the best interests of the public and the Defendant in a speedy trial, it is hereby ORDERED that the trial date in the case entitled <u>United States of America v. Lawrence Labbadia</u>, Cr. No. 06-08T, is vacated, the case will be scheduled for impanelment on October 17, 2006, and the time from the date of this order through October 17, 2006, is excludable under 18 U.S.C. § 3161(h)(7) and (8)(A).

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: August 9, 2006