UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

---

MOTION TO CONTINUE EMPANELMENT

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment, and other proceedings, in this matter for thirty (30) days. As of this writing, September 27, Mr. Labbadia is in intensive care at Rhode Island Hospital. He was admitted to the hospital approximately one week ago with an irregular heartbeat. His condition stabilized and he appeared to be close to discharge as of Monday, September 25. During the night, September 25 to 26, Mr. Labbadia's heart stopped and he had to be resuscitated. He remains unconscious and no diagnosis has yet been determined. The probation office is aware of Mr. Labbadia's status. First Assistant United States Attorney Kenneth Madden is also aware of his situation and has no objection to this continuance.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, on September 27, 2006.

/s/ Kevin J. Fitzgerald