IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U.S. Attorney, and states that it does not object to a continuance for those reasons given in the defendant's motion to continue empanelment.

As late as September 28, 2006, the Probation Office advised the government that the defendant has been a patient at Rhode Island Hospital since September 20, 2006, as presently in the intensive care unit, was in a medically induced coma, and was on a respirator.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

**CERTIFICATION OF SERVICE**

I hereby certify that on the28th day of September, 2006, I electronically filed and served the Within Government's Response to:

Kevin J. Fitzgerald
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903.

/s/ Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680