UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

---

MOTION TO CONTINUE EMPANELMENT

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment, and other proceedings, in this matter for ninty (90) days. Mr. Labbadia's poor health continues to hinder the administration of this matter, and this continuance is in the hope that his health stabilizes during this period. Mr. Labbadia remains on pre-trial home confinement as a condition of his release. First Assistant United States Attorney Kenneth Madden has no objection to this continuance.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, on October 23, 2006.

/s/ Kevin J. Fitzgerald