**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR06-008T** |
| | ) | |
| **LAWRENCE LABBADIA** | ) | |

---

## MOTION FOR LEAVE

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court for permission to leave his home to spend the Christmas holiday with his family. Mr. Labbadia currently resides at 16 Conifer Street, North Providence, RI, and is on bailed with the condition of home detention pending trial. Mr. Labbadia wishes to spend Christmas Eve at his parents home, Carmine and Gloria Labbadia, 2 Grove Avenue, North Providence, from 6 to 10 pm. He wishes to spend Christmas day with his wife's family (mother in law, Millie Massarone) at 5 Hoyer Court, East Greenwich, from noon to 8 pm. Mr. Labbadia continues to suffer from his various illnesses but has been able to arrange for transportation and care on each day. USPO Brian Pletcher currently supervises Mr. Labbadia and has no objection to the visits.

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to 1st AUSA Kenneth Madden, and USPO Brian Pletcher, on December 8, 2006.

/s/ Kevin J. Fitzgerald