UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 06-08T

LAWRENCE LABBADIA

**ORDER**

Upon motion of the defendant to continue the trial presently scheduled for January 16th, 2007, and with no objection by the government, and my having found that the defendant is currently unfit to stand trial due to a serious health condition and that the interests of justice are better served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Lawrence Labbadia CR No. 06-08T, is vacated, the case will be scheduled for impanelment on March 20th, 2007 and the time from the date of this order through March 20th, 2007, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 1/9/07