UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

---

MOTION TO CONTINUE EMPANELMENT

Now comes Lawrence Labbadia, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment, and other proceedings, in this matter for ninety (90) days.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, on March 5, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE

Mr. Labbadia has moved the Court to continue the empanelment in this case from the March, 2007, trial calendar for an additional 90 days. Mr. Labbadia's health status continues to steadily decline and he is not able to adequately participate in his defense.

Respectfully Submitted
Lawrence Labbadia,
By and through his counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kenneth Madden, Assistant United States Attorney, on March 5, 2007.

/s/ Kevin J. Fitzgerald