IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE EMPANELMENT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and responds to defendant's motion to continue as follows.

The government does not object to a short continuance of a trial where a defendant is too ill to proceed. However, the Court has not been provided with any physicians' letters or other documentation which detail the current health condition and prognosis of the defendant. Nor has there been any medical evaluation provided to the Court as to whether the defendant can physically appear in Court and participate in his defense. The Court has not even had a recent opportunity to observe the defendant, the defendant's last appearance before the Court being his arraignment before Magistrate Judge Almond on January 19, 2006. The government is not aware that the defendant is presently hospitalized.

The Court should direct that the defendant provide such documentation before granting a continuance request of ninety days.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden

Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
Kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 7th day of March, 2007, I electronically filed and served the Within Government's Response to:

Kevin J. Fitzgerald
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
Kenneth.madden@usdoj.gov
R. I. Bar # 1680