IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

GOVERNMENT'S MOTION FOR
COMPETENCY EXAMINATION OF THE DEFENDANT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves, pursuant to 18 U.S.C. § 4241, that this Court order that the defendant undergo a psychiatric or psychological examination to determine his competency to stand trial.

For grounds, the government directs the Court's attention to the memorandum of law filed by the defendant in support of his March 12, 2007 motion to continue the jury empanelment. In that memorandum, the defendant's counsel states that the defendant is "not able to adequately assist in his defense and his thought process is impaired by his medications and medical condition." Further, counsel cites to a physician's opinion that the defendant's "medication and medical problems do impair his ability to understand the nature of the charges against him, the terms of a plea agreement, and the consequences of pleading."

Given the assessment of the defendant by his counsel and a physician treating the defendant, the government requests that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
Kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 13th day of March, 2007, I electronically filed and served the Within Government's Motion For Competency Evaluation Of The Defendant to:

Kevin J. Fitzgerald
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
Kenneth.madden@usdoj.gov
R. I. Bar # 1680