UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-008T |
| | ) | |
| LAWRENCE LABBADIA | ) | |

---

**MOTION TO RELEASE LIEN**

NOW COMES the defendant, Lawrence Labbadia, and moves that this Honorable Court direct that the real estate lien placed on property located at 16 Conifer Drive, North Providence, Rhode Island 02904, Plat No. 22C, Lot No. 1214 on January 26, 2006 in the amount of Twenty Five Thousand ($25,000.00) owned by Carmine Labbadia and Lauren Labbadia, be released. In support of this motion, counsel states that the defendant is deceased and the instant indictment has been dismissed.

Lawrence Labbadia
By his Attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
kevin_fitzgerald@fd.org

CERTIFICATION

I do hereby certify that on this 6th day of June 2007, the within was filed electronically and is available for viewing and downloading from the ECF system with a copy to Kenneth P. Madden, AUSA.

/s/ Kevin J. Fitzgerald