UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 07 2007 RHJ
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
VS. ) CR06-008T
)
LAWRENCE LABBADIA )

## ORDER GRANTING DEFENDANT'S MOTION TO RELEASE BOND

Upon motion of the defendant, Lawrence Labbadia, the lien on the interest of Carmine Labbadia and Lauren Labbadia in the amount of Twenty Five Thousand ($25,000.00) Dollars on real estate described as 16 Conifer Drive, North Providence, Rhode Island, Plat No. 22C, Lot No. 1214 is hereby discharged and released. The agreement to forfeit property was signed by Carmine Labbadia and Lauren Labbadia on January 26, 2006 at Providence, RI and approved by the Honorable Magistrate Judge Lincoln D. Almond on January 26, 2006.

ENTER:

Ernest C Torres

DATE: 6/12/07

PER ORDER:

Presented by:

Kevin J. Fitzgerald
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
kevin_fitzgerald@fd.org